IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES GUTHRIE,

    Petitioner,

v.                                       CASE NO. 5:10-cv-227-RS-CJK

COL. JAMES W. GRAY, et al.,

    Respondents.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 25). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 7) is **DISMISSED with prejudice**.

3. The clerk is directed to close the civil case.

**ORDERED** on April 30, 2013.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**